Rosa María Parra Vda. de Sánchez, demandante y apelante, v. The Great American Insurance Co. of New York, demandada y apelada.

No. 4651.—*Visto:* Diciembre 10, 1928. *Resuelto:* Diciembre 11, 1928.

*R. Arjona Siaca,* abogado de la apelante; *Hartzell, Kelly & Hartzell,* abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

La transcripción de los autos para esta apelación fué radicada en este tribunal el 20 de julio de este año y de acuerdo con nuestro reglamento el alegato en apoyo de la apelación debió ser presentado dentro de los diez días siguientes. · No se hizo así ni se solicitaron prórrogas para radicarlo y tres meses después, el 9 de octubre, el apelado solicitó que por ese motivo desestimemos la apelación, notificando el mismo día esa moción a la parte apelante. El mismo día se comunicó al apelante que la vista de esa moción tendría lugar el 13 de noviembre, pero en este día, a instancia del apelante fundada en que las ocupaciones continuas y urgentes de su abogado durante los últimos meses habían quebrantado su salud hasta el punto de tener que guardar reposo por algunas semanas, suspendimos la vista de tal moción y al día siguiente fué notificado el apelante de que estaba señalada de nuevo para el 10 de diciembre. En este día y a la hora fijada para la vista de esa moción el apelante presentó su alegato con moción solicitando que lo admitamos y que desestimemos la moción de desestimación alegando que las cuestiones que propone en su alegato son fundamentales y que la última parte de él ha tenido que dictarla estando enfermo de la vista.

No solamente el apelante dejó transcurrir tres meses sin presentar su alegato en tiempo oportuno y sin solicitar prórrogas sino que desde el 10 de octubre en que se le notificó la moción de desestimación ha dejado transcurrir otros dos

meses para radicarlo, lo que demuestra una falta grande de diligencia por su parte, sin que pueda servir de excusa para ella las ocupaciones del abogado, como hemos resuelto en el caso de *Dávila* v. *Del Campo,* 33 D.P.R. 130, ni aun el que haya necesitado reposo por algunas semanas y que al terminarlo esté enfermo de la vista. Si él hubiera cumplido con nuestro reglamento o hubiera solicitado prórrogas, hubiera evitado la moción de desestimación.

*La apelación debe ser desestimada.*